FILED

2016 JUL 26  PM 3 45

U.S. DISTRICT COURT
NEW HAMPSHIRE

# Exhibit
# 1



**NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY**
7500 GEOINT Drive
Springfield, Virginia 22150

**NGA-20140118F**

NOV 1 8 2014

Ms. Christine Wu
39 Glenbrook Road, 1H
Stanford, CT 06902

RE:    Freedom of Information Act (FOIA) Request #20140118F

Dear Ms. Wu:


This letter is in response to your Freedom of Information Act (FOIA) request submitted to the National Geospatial-Intelligence Agency (NGA) on March 11, 2014.  You requested the following:  Images produced for, near, or around your address through an authorized account from the U.S. Army, accessing NGA systems that could produce images at close range (via satellite) and/or heat images around or inside dwellings.

An extensive search of the National Geospatial-Intelligence Agency records pertaining to your request was conducted.  No imagery request was identified pertaining to your address or surrounding area.

If you consider this ***no-record*** response to be a denial of your request, you may appeal our determination in writing.  Your appeal should be postmarked within 60 calendar days from the date of this letter.  You should enclose a copy of this letter with the appeal and include in the appeal any reasons for reconsideration, which you wish to present.  The appeal should be mailed to the FOIA Requester Service Center, National Geospatial-Intelligence Agency, 7500 GEOINT Drive, Mail Stop S01-SISCS, Springfield, VA 22150.


If you have any questions or concerns regarding this request, please contact Deputy Program Manager Jamie Wilson at 571-557-4141, or via-email, at FOIANGA@nga.mil.

Sincerely,

Wyvonda Gerald
FOIA Program Manager

## Patterson Larry C Jr NGA-SISC USA CTR

**From:** Chris C <eucermarin2@gmail.com>
**Sent:** Tuesday, September 09, 2014 12:26 PM
**To:** FOIA for NGA
**Subject:** Re: foia request

Please send me the contact address and information for an appeal for your agency's unwillingness to comply with Federally mandated FOIA request.

On Fri, Aug 1, 2014 at 3:17 PM, <FOIANGA@nga.mil> wrote:

    Classification: UNCLASSIFIED
    ======================================================

    Good afternoon,

    When determining the scope of a FOIA request, courts have generally held that agencies are not required to answer questions posed as FOIA requests, nor are they required to respond to requests by creating records.

    Thanking you again.

    -----Original Message-----
    From: Eucermarin [mailto:eucermarin2@gmail.com]
    Sent: Friday, August 01, 2014 2:12 PM
    To: FOIA for NGA

    Cc: Adams Laura L Ms NGA-SISCS USA CIV; Chapman Helen B NGA-SISCS USA CIV; Patterson Larry C Jr NGA-SISC USA CTR; Wilson Jamie M Mrs NGA-SISPA USA CIV
    Subject: Re: foia request

    Hi,

    Foia is mandatory, it is also unclassified as you stated. I'd like to know in what ways you are not authorized to do so.

    Regards,

    > On Aug 1, 2014, at 1:11 PM, <FOIANGA@nga.mil> wrote:
    >
    > Classification: UNCLASSIFIED
    > ======================================================
    >
    > Good afternoon,
    >

1

> NGA provides timely, relevant, and accurate geospatial intelligence in support of national security.  We are not obligated to create records, only search for government records within this agency.

>

> Based on your request and inquiry of activity at your home address, neither this agency or any other agency would be authorized to do so. We have closed your case number based on this email to your attention.

>

> Thanking you in advance for your understanding.

>

>

> -----Original Message-----

> From: Chris C [mailto:eucermarin2@gmail.com]

> Sent: Friday, August 01, 2014 11:46 AM

> To: Adams Laura L Ms NGA-SISCS USA CIV

> Cc: Bellinger Elliott E NGA-SISCS USA CIV; Chapman Helen B NGA-SISCS USA CIV; Jones Pamela E NGA-SISCS USA CIV; FOIA for NGA

> Subject: Re: foia request

>

> Hi,

>

> Following up on below request from 3/12/14. Still interested and would like to get a status if you have it.

>

> T/R,

> Christine

>

>

>

> On Wed, Mar 12, 2014 at 9:34 AM, <Laura.L.Adams@nga.mil> wrote:

>

>

>   Good Afternoon Christine,

>

>   This letter acknowledges receipt of your Freedom of Information Act (FOIA) request submitted to the National Geospatial-Intelligence Agency (NGA), received in the FOIA/PA Requester Services Center on March 12, 2014. The number (20140118F) listed has been assigned to identify your FOIA request. The NGA FOIA office will furnish portions that may be released to the public. However, NGA has a significant number of pending FOIA requests that prevents a response determination from being made within 20 workdays. Based on the information you have provided, we have determined that your request should be placed in the Complex Processing Category. Processing this request will require this administrative center to coordinate our response with other office(s).

>

>   Should you need to contact our FOIA office, please refer to FOIA number 20140118F to assist us in responding to your request.

>

>   All responses should be directed to Helen Chapman 571-557-2987 or Elliott Bellinger 571-557-2994.

>

>   Thank you

>   Laura Adams

>

>

> -----Original Message-----

> From: Eucermarin [mailto:eucermarin2@gmail.com]

> Sent: Wednesday, March 12, 2014 7:55 AM

> To: Adams Laura L Ms NGA-SISCS USA CIV

2

>    Cc: Adams Laura L Ms NGA-SISCS USA CIV; Bellinger Elliott E NGA-SISCS USA CIV; Chapman Helen B NGA-SISCS USA CIV; Jones Pamela E NGA-SISCS USA CIV
>   Subject: Re: foia request
>  
>  
>   Laura,
>  
>   The address is my address, max is $280, estimate.
>  
>   Christine
>  
>  
>   > On Mar 12, 2014, at 7:33 AM, <Laura.L.Adams@nga.mil> wrote:
>   >
>   > Hi Chris
>   > I need you to give me your address.  Can you please tell me the maximum amount you are willing to spend in fees?
>   > Thank you
>   > Laurie
>   >
>   > -----Original Message-----
>   > From: Chris C [mailto:eucermarin2@gmail.com]
>   > Sent: Tuesday, March 11, 2014 7:58 PM
>   > To: FOIA for NGA
>   > Subject: Re: foia request
>   >
>   > Helen,
>   >
>   >
>   >
>   >
>   > Thanks for phone call today.
>   >
>   >
>   >
>   >
>   > Here is the FOIA request:
>   >
>   >
>   >
>   >
>   > Wanted to know if images were produced for, near, or around the location: 39 Glenbrook Rd, Stamford, CT, via any of your systems. This would be through an authorized account from the US Army, accessing your systems that could produce images at close range (via satellite), and/or heat images of around/inside dwellings.
>   >
>   >
>   >
>   >
>   > Want to know when that was done, frequency, from Dec 2012 to date. Please check all your image producing systems.
>   >
>   >

> >
> >
> > I can reimburse for costs of search if results require significant effort. Results can be conveyed via this email address. Case # is appreciated.
> >
> >
> >
> >
> > Christine
> >
> >
>
>
>
> =======================================================
> Classification: UNCLASSIFIED
>

=======================================================
Classification: UNCLASSIFIED

## Patterson Larry C Jr NGA-SISC USA CTR

| | |
|---|---|
| **From:** | Eucermarin <eucermarin2@gmail.com> |
| **Sent:** | Friday, August 01, 2014 4:34 PM |
| **To:** | FOIA for NGA |
| **Subject:** | Re: foia request |

Right, and no questions were asked except to request disclosure of your activities on me as required under FOIA stated. I had not asked you to create records.

Not sure how you came up with such statement insinuating something completely non related to the request?

Really like to know why you feel free to violate foia provisions, legal actions?


> On Aug 1, 2014, at 3:17 PM, <FOIANGA@nga.mil> wrote:
>
> Classification: UNCLASSIFIED
> ====================================================
>
> Good afternoon,
>
> When determining the scope of a FOIA request, courts have generally held that agencies are not required to answer questions posed as FOIA requests, nor are they required to respond to requests by creating records.
>
> Thanking you again.
>
> -----Original Message-----
> From: Eucermarin [mailto:eucermarin2@gmail.com]
> Sent: Friday, August 01, 2014 2:12 PM
> To: FOIA for NGA
> Cc: Adams Laura L Ms NGA-SISCS USA CIV; Chapman Helen B NGA-SISCS USA CIV; Patterson Larry C Jr NGA-SISC USA CTR; Wilson Jamie M Mrs NGA-SISPA USA CIV
> Subject: Re: foia request
>
> Hi,
>
> Foia is mandatory, it is also unclassified as you stated. I'd like to know in what ways you are not authorized to do so.
>
> Regards,
>
>
>> On Aug 1, 2014, at 1:11 PM, <FOIANGA@nga.mil> wrote:
>>
>> Classification: UNCLASSIFIED
>> ====================================================
>>
>> Good afternoon,
>>

>> NGA provides timely, relevant, and accurate geospatial intelligence in support of national security.  We are not obligated to create records, only search for government records within this agency.

>>

>> Based on your request and inquiry of activity at your home address, neither this agency or any other agency would be authorized to do so. We have closed your case number based on this email to your attention.

>>

>> Thanking you in advance for your understanding.

>>

>>

>> -----Original Message-----

>> From: Chris C [mailto:eucermarin2@gmail.com]

>> Sent: Friday, August 01, 2014 11:46 AM

>> To: Adams Laura L Ms NGA-SISCS USA CIV

>> Cc: Bellinger Elliott E NGA-SISCS USA CIV; Chapman Helen B NGA-SISCS USA CIV; Jones Pamela E NGA-SISCS USA CIV; FOIA for NGA

>> Subject: Re: foia request

>>

>> Hi,

>>

>> Following up on below request from 3/12/14. Still interested and would like to get a status if you have it.

>>

>> T/R,

>> Christine

>>

>>

>>

>> On Wed, Mar 12, 2014 at 9:34 AM, <Laura.L.Adams@nga.mil> wrote:

>>

>>

>>   Good Afternoon Christine,

>>

>>   This letter acknowledges receipt of your Freedom of Information Act (FOIA) request submitted to the National Geospatial-Intelligence Agency (NGA), received in the FOIA/PA Requester Services Center on March 12, 2014. The number (20140118F) listed has been assigned to identify your FOIA request. The NGA FOIA office will furnish portions that may be released to the public. However, NGA has a significant number of pending FOIA requests that prevents a response determination from being made within 20 workdays. Based on the information you have provided, we have determined that your request should be placed in the Complex Processing Category. Processing this request will require this administrative center to coordinate our response with other office(s).

>>

>>   Should you need to contact our FOIA office, please refer to FOIA number 20140118F to assist us in responding to your request.

>>

>>   All responses should be directed to Helen Chapman 571-557-2987 or Elliott Bellinger 571-557-2994.

>>

>>   Thank you

>>   Laura Adams

>>

>>

>> -----Original Message-----

>> From: Eucermarin [mailto:eucermarin2@gmail.com]

>> Sent: Wednesday, March 12, 2014 7:55 AM

>> To: Adams Laura L Ms NGA-SISCS USA CIV

>>  Cc: Adams Laura L Ms NGA-SISCS USA CIV; Bellinger Elliott E NGA-SISCS USA CIV; Chapman Helen B NGA-SISCS USA CIV; Jones Pamela E NGA-SISCS USA CIV
>>  Subject: Re: foia request
>>
>>
>>  Laura,
>>
>>  The address is my address, max is $280, estimate.
>>
>>  Christine
>>
>>
>>> On Mar 12, 2014, at 7:33 AM, <Laura.L.Adams@nga.mil> wrote:
>>>
>>> Hi Chris
>>> I need you to give me your address.  Can you please tell me the maximum amount you are willing to spend in fees?
>>> Thank you
>>> Laurie
>>>
>>> -----Original Message-----
>>> From: Chris C [mailto:eucermarin2@gmail.com]
>>> Sent: Tuesday, March 11, 2014 7:58 PM
>>> To: FOIA for NGA
>>> Subject: Re: foia request
>>>
>>> Helen,
>>>
>>>
>>>
>>>
>>> Thanks for phone call today.
>>>
>>>
>>>
>>>
>>> Here is the FOIA request:
>>>
>>>
>>>
>>>
>>> Wanted to know if images were produced for, near, or around the location: 39 Glenbrook Rd, Stamford, CT, via any of your systems. This would be through an authorized account from the US Army, accessing your systems that could produce images at close range (via satellite), and/or heat images of around/inside dwellings.
>>>
>>>
>>>
>>>
>>> Want to know when that was done, frequency, from Dec 2012 to date. Please check all your image producing systems.
>>>
>>>
>>>

3

>>>
>>> I can reimburse for costs of search if results require significant effort. Results can be conveyed via this email address. Case # is appreciated.
>>>
>>>
>>>
>>>
>>> Christine
>>
>>
>>
>> =======================================================
>> Classification: UNCLASSIFIED
> =======================================================
> Classification: UNCLASSIFIED
>

**Patterson Larry C Jr NGA-SISC USA CTR**

| | |
|---|---|
| **From:** | Eucermarin <eucermarin2@gmail.com> |
| **Sent:** | Friday, August 01, 2014 2:12 PM |
| **To:** | FOIA for NGA |
| **Cc:** | Adams Laura L Ms NGA-SISCS USA CIV; Chapman Helen B NGA-SISCS USA CIV; Patterson Larry C Jr NGA-SISC USA CTR; Wilson Jamie M Mrs NGA-SISPA USA CIV |
| **Subject:** | Re: foia request |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi,

Foia is mandatory, it is also unclassified as you stated. i'd like to know in what ways you are not authorized to do so.

Regards,


> On Aug 1, 2014, at 1:11 PM, <FOIANGA@nga.mil> wrote:
>
> Classification: UNCLASSIFIED
> ========================================================
>
> Good afternoon,
>
> NGA provides timely, relevant, and accurate geospatial intelligence in support of national security.  We are not obligated to create records, only search for government records within this agency.
>
> Based on your request and inquiry of activity at your home address, neither this agency or any other agency would  be authorized to do so. We have closed your case number based on this email to your attention.
>
> Thanking you in advance for your understanding.
>
>
> -----Original Message-----
> From: Chris C [mailto:eucermarin2@gmail.com]
> Sent: Friday, August 01, 2014 11:46 AM
> To: Adams Laura L Ms NGA-SISCS USA CIV
> Cc: Bellinger Elliott E NGA-SISCS USA CIV; Chapman Helen B NGA-SISCS USA CIV; Jones Pamela E NGA-SISCS USA CIV; FOIA for NGA
> Subject: Re: foia request
>
> Hi,
>
> Following up on below request from 3/12/14. Still interested and would like to get a status if you have it.
>
> T/R,
> Christine
>

1

>
>
> On Wed, Mar 12, 2014 at 9:34 AM, <Laura.L.Adams@nga.mil> wrote:
>
>
>   Good Afternoon Christine,
>
>   This letter acknowledges receipt of your Freedom of Information Act (FOIA) request submitted to the National Geospatial-Intelligence Agency (NGA), received in the FOIA/PA Requester Services Center on March 12, 2014. The number (20140118F) listed has been assigned to identify your FOIA request. The NGA FOIA office will furnish portions that may be released to the public. However, NGA has a significant number of pending FOIA requests that prevents a response determination from being made within 20 workdays. Based on the information you have provided, we have determined that your request should be placed in the Complex Processing Category. Processing this request will require this administrative center to coordinate our response with other office(s).
>
>   Should you need to contact our FOIA office, please refer to FOIA number 20140118F to assist us in responding to your request.
>
>   All responses should be directed to Helen Chapman 571-557-2987 or Elliott Bellinger 571-557-2994.
>
>   Thank you
>   Laura Adams
>
>
>   -----Original Message-----
>   From: Eucermarin [mailto:eucermarin2@gmail.com]
>   Sent: Wednesday, March 12, 2014 7:55 AM
>   To: Adams Laura L Ms NGA-SISCS USA CIV
>   Cc: Adams Laura L Ms NGA-SISCS USA CIV; Bellinger Elliott E NGA-SISCS USA CIV; Chapman Helen B NGA-SISCS USA CIV; Jones Pamela E NGA-SISCS USA CIV
>   Subject: Re: foia request
>
>
>   Laura,
>
>   The address is my address, max is $280, estimate.
>
>   Christine
>
>
> > On Mar 12, 2014, at 7:33 AM, <Laura.L.Adams@nga.mil> wrote:
> >
> > Hi Chris
> > I need you to give me your address.  Can you please tell me the maximum amount you are willing to spend in fees?
> > Thank you
> > Laurie
> >
> > -----Original Message-----
> > From: Chris C [mailto:eucermarin2@gmail.com]
> > Sent: Tuesday, March 11, 2014 7:58 PM
> > To: FOIA for NGA
> > Subject: Re: foia request

```
>  >
>  > Helen,
>  >
>  >
>  >
>  >
>  > Thanks for phone call today.
>  >
>  >
>  >
>  >
>  > Here is the FOIA request:
>  >
>  >
>  >
>  > Wanted to know if images were produced for, near, or around the location: 39 Glenbrook Rd, Stamford, CT, via any
of your systems. This would be through an authorized account from the US Army, accessing your systems that could
produce images at close range (via satellite), and/or heat images of around/inside dwellings.
>  >
>  >
>  >
>  > Want to know when that was done, frequency, from Dec 2012 to date. Please check all your image producing
systems.
>  >
>  >
>  >
>  > I can reimburse for costs of search if results require significant effort. Results can be conveyed via this email
address. Case # is appreciated.
>  >
>  >
>  >
>  > Christine
>  >
>  >
>
>
>
> =======================================================
> Classification: UNCLASSIFIED
>
```

3