FILED

2016 JUL 26 PM 3 45

U.S. DISTRICT COURT
NEW HAVEN, CT.

# Exhibit 2

UNCLASSIFIED

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINE WU, <br> *Plaintiff,* <br> v. <br><br> NATIONAL GEOSPATIAL, <br> INTELLIGENCE AGENCY <br> *Defendant.* | No. 3:14-cv-1603 (DJS) <br><br><br><br><br><br> April 22, 2016 |

### DECLARATION OF ▮▮▮▮▮▮▮▮

### INTRODUCTION

I, ▮▮▮▮▮▮▮▮ hereby declare and state:

1. I am employed by the National Geospatial-Intelligence Agency (NGA), Analysis Directorate as an Executive Staff Officer. I have held this position since July 2010. I held the additional duty as the Analysis Directorate Freedom of Information Act (FOIA) Officer and have been in this position from August 2014 through May 2015. I have been employed by NGA since 2003. I am familiar with NGA's policies for tasking, collecting and storage of imagery. I make this declaration to describe the search for records undertaken by NGA the above-captioned case.

### BACKGROUND

2. The NGA is an intelligence agency within the Department of Defense. NGA develops imagery and map-based intelligence solutions for U.S. national defense, homeland security and safety of navigation. NGA provides geospatial-intelligence, meaning the exploitation and analysis of imagery and geospatial information to describe, assess and visually depict physical features and geographically referenced activities on the Earth. Geospatial-intelligence consists

UNCLASSIFIED

UNCLASSIFIED

of imagery, imagery intelligence and geospatial (e.g., mapping, charting and geodesy) information.

3. While NGA does have the authority to collect domestic imagery, domestic collection is narrow in scope.[1] In collecting, processing and using domestic imagery, NGA is guided by several directives. Classified national reconnaissance platforms operate under legal and policy limitations derived from the U.S. Constitution, Executive Order No. 12,333, *United States Intelligence Activities* (December 4, 1981, 46 FR 59941), and the National Security Act of 1947, as amended, as well as other applicable law and policy directives.

4. In addition to the laws and authorities stated in the previous paragraph, NGA is limited in its collection of domestic imagery by the policies set out in the following directives:

a. National Systems for Geospatial-Intelligence Manual, NSGM FA 1806, *Domestic Imagery*, dated March 2009;

b. Geospatial Intelligence Policy Series, Chapter 1, *Imagery Policy*, Section 8, Part B., *Domestic Imagery*, dated August 2007; and

c. NGA Instruction 8940.4R3, *NGA Instruction for Requesting Unclassified Domestic Imagery*, dated 12 July 2011.

5. These authorities allow NGA to task and collect domestic imagery only when there is a justifiable need to do so. NGA does not task, collect or process any domestic imagery unless

---

[1] Domestic Imagery is defined as, "Any imagery to include Overhead Non-Imaging Infrared (ONIR) collected from classified national reconnaissance platforms covering the 50 United States, the District of Columbia, and territories and possessions of the United States to a 12-nautical-mile seaward limit of the land areas." Geospatial Intelligence Policy Series, Chapter 1, *Imagery Policy*, Section 8, Part B., *Domestic Imagery*, (August 2007), paragraph 3. Unclassified domestic imagery is defined as, "Any data (that is, digital or film cameras, panoramic and geo-referenced video) obtained from ground photography, aerial, or satellite sensors providing a likeness or presentation of any natural or manmade feature or related object or activity of any area of the 50 United States, the District of Columbia, and the territories and possessions of the United States out to a 12-nautical-mile seaward limit of the land area." NGA Instruction 8940.4R3, *NGA Instruction for Requesting Unclassified Domestic Imagery*, (12 July 2011), paragraph 5.a.

UNCLASSIFIED

NGA receives an approved request for collection. Examples of potential proper uses of domestic imagery are supporting federal civil agencies, authorized domestic activities of the armed forces, and intelligence agencies of the U.S. Government. NGA does not task, collect, or maintain any domestic imagery absent an approved request.

## NGA'S SEARCH

6. NGA's Analysis Directorate is responsible for providing geospatial intelligence to our partners in the military and intelligence community as well as to other customers and partners worldwide. As part of that mission, analysts rely on a variety of tools, techniques and methods to produce geospatial intelligence. In my position in the Analysis Directorate, I have access to all of NGA's imagery libraries, with the exception of certain restricted databases. I am very familiar with NGA's imagery libraries, both paper and electronic.

7. Imagery is stored and accessed in NGA's enterprise image libraries through the National Exploitation System (NES). The NES provides a reach-back capability for research on national imagery and includes imagery indexing capabilities. NGA's enterprise image libraries include:

a. Integrated Exploitation Support System (IESS). The IESS provides the infrastructure, tools, applications, and data interfaces to support the management of exploitation and reporting requirements, imagery ordering and dissemination process, imagery exploitation effort and production of imagery derived products, database maintenance, and general support functions.

b. Imagery Product Library (IPL). The IPL supports the rapid storage, retrieval, and dissemination of digital data. The IPL can receive exploited and unexploited image products from multiple sources, store image products, geospatial products, and other digital data. It can

UNCLASSIFIED

also maintain a database of all product holdings, transfer imagery products to remote locations, convert images to different formats and perform image compression.

c. Commercial Imagery Library (CSIL). The CSIL It operates similarly to the IPL, but incorporates commercial imagery into the architecture.

d. Web-based Access and Retrieval Portal (WARP). WARP is a web-based front-end that enables the retrieval of national and airborne imagery. It operates similarly to the IPL, but incorporates airborne imagery into the architecture.

e. Modernized Integrated Data Base (MIDB). This incorporates target and geographic reporting for the delivery of General Military Intelligence. The MIDB is owned by the Defense Intelligence Agency (DIA), but NGA can access it.

9. On November 17, 2014, the NGA FOIA Office contacted me and requested that I search for any documentation that NGA had collected images at or near the vicinity of 39 Glenbrook Road, Stamford Connecticut between December 2012 and March 11, 2014. Upon receipt of the request, I searched the NGA libraries to which I have access, which in most likelihood would have contained the information requested by Ms. Wu, and found no imagery or records. I converted the address to geographic coordinates through the use of Google Earth. I first searched for the name "Christine Wu" and the converted address on the NGA internal internet and on Intelink.[2] These searches produced no results. I then searched the NGA libraries described in the preceding paragraph using the following parameters:

a. I searched the converted address in the libraries using Geographic Point, Rectangle, and Circle coverage finder for collection. These searches produced no results.

---

[2] Intelink is a shared web-based platform used primarily by DoD and Intelligence Community organizations, so sensitive can be shared. It is not a public web site.

4

UNCLASSIFIED

c. I searched the converted address in the libraries using Geographic Point, Rectangle, and Circle target finder for reporting and products. These searches produced no results.

10. I found no record of imagery collected by NGA systems at or near the vicinity of 39 Glenbrook Road, Stamford Connecticut in the fore mentioned databases. I advised the FOIA Office of the results of my search via e-mail dated November 17, 2014.

## CONCLUSION

11. Based upon my search of NGA imagery libraries, I determined there are no images at or near the vicinity of 39 Glenbrook Road, Stamford, Connecticut.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of April 2016.

Executive Staff Officer,
Analysis Directorate
National Geospatial-Intelligence Agency