# Exhibit 3

UNCLASSIFIED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE WU, *Plaintiff*, | : : : | No. 3:14-cv-1603 (DJS) |
| v. | : : | |
| NATIONAL GEOSPATIAL, INTELLIGENCE AGENCY *Defendant*. | : : : | July 25, 2016 |

### DECLARATION OF JUSTIN C. POOLE

I, **JUSTIN C. POOLE**, hereby declare and state:

1. I am employed by the National Geospatial-Intelligence Agency (NGA), as the Director, Source Operations & Management Directorate. I have held this position since July 2016 and have been employed by NGA or its predecessor organizations since 1991, including assignments at the National Reconnaissance Office and the National Counterterrorism Center. I am familiar with NGA's policies for tasking, collecting, and electronic storage of imagery. I make this declaration to describe the search for records undertaken by NGA the above-captioned case.

## *Background*.

2. The NGA is an intelligence agency within the Department of Defense. NGA develops imagery and map-based intelligence solutions for U.S. national defense, homeland security, and safety of navigation. NGA provides geospatial-intelligence, meaning the analysis of imagery and geospatial information to describe, assess, and visually depict physical features and geographically referenced activities on the Earth. Geospatial-intelligence consists of imagery, imagery intelligence, and geospatial (e.g., mapping, charting, and geodesy) information.

UNCLASSIFIED

UNCLASSIFIED

3. While NGA does have the authority to collect domestic imagery, domestic collection is narrow in scope.[1] In collecting, processing, and using domestic imagery, NGA is guided by several directives. Classified national reconnaissance platforms operate under legal and policy limitations derived from the U.S. Constitution, Executive Order No. 12,333, *United States Intelligence Activities* (December 4, 1981, 46 FR 59941), and the National Security Act of 1947, as amended, as well as other applicable law and policy directives.

4. In addition to the laws and authorities stated in the previous paragraph, NGA is limited in its collection of domestic imagery by the policies set out in the following directives:

a. National Systems for Geospatial-Intelligence Manual, NSGM FA 1806, *Domestic Imagery*, dated March 2009;

b. Geospatial Intelligence Policy Series, Chapter 1, *Imagery Policy*, Section 8, Part B., *Domestic Imagery*, dated August 2007; and

c. NI 8940.4R3, *NGA Instruction for Requesting Unclassified Domestic Imagery*, dated 12 July 2011.

5. These authorities allow NGA to task and collect domestic imagery only when there is a justifiable need to do so. NGA does not task, collect, or process any domestic imagery unless it receives an approved request for collection. Examples of potential proper uses of domestic imagery are supporting federal civil agencies, authorized domestic activities of the armed forces,

---

[1] Domestic Imagery is defined as, "Any imagery to include ONIR collected from classified national reconnaissance platforms covering the 50 United States, the District of Columbia, and territories and possessions of the United States to a 12-nautical-mile seaward limit of the land areas." Geospatial Intelligence Policy Series, Chapter 1, *Imagery Policy*, Section 8, Part B., *Domestic Imagery*, (August 2007), paragraph 3.
Unclassified domestic imagery is defined as, "Any data (that is, digital or film cameras, panoramic and geo-referenced video) obtained from ground photography, aerial, or satellite sensors providing a likeness or presentation of any natural or manmade feature or related object or activity of any area of the 50 United States, the District of Columbia, and the territories and possessions of the United States out to a 12-nautical-mile seaward limit of the land area." NI 8940.4R3, *NGA Instruction for Requesting Unclassified Domestic Imagery*, (12 July 2011), paragraph 5.a.

2

and intelligence agencies of the U.S. Government. NGA does not task, collect, or maintain any domestic imagery absent an approved request.

## *NGA's Search*

6. NGA's Source Directorate is responsible for fulfilling approved requests for domestic imagery. To fulfill a request, Source Analysts search NGA's imagery libraries to see if the requested imagery already exists, or task a new collection. In response to Plaintiff's Freedom of Information Act request, and only after receiving the FOIA request, NGA Source Throughput analysts used the NGA Sensitive But Unclassified (SBU) Network to find the location of 39 Glenbrook Rd., Stamford, CT, the address noted in the FOIA request. This location was confirmed using Google Earth, a publicly available virtual globe program, by querying the address in the search form located within the Google Earth tool. The latitude/longitude coordinates of the aforementioned address were obtained using the GEOINT Visualization Services point based service tool. The latitude/longitude coordinates had to be converted into decimal/degree coordinates as Google Earth converts the coordinates when they are entered into the search form. The decimal degree coordinates of the Plaintiffs address are 41.05644 by -073.52864.

7. Once the coordinates were confirmed, Source analysts used research tools resident on the NGANet, the Top Secret/Sensitive Compartmented Information (TS/SCI) communications intranet at NGA. The coordinates were entered into the Net-Centric Geospatial-Intelligence Discovery Services (NGDS) client for library images and product holdings in the National System for Geospatial-Intelligence (NSG) Consolidated Library (NCL). The NCL is comprised of two libraries, the National Data Libraries (NDL): NDL East and NDL West. The NDL-E and the NDL-W ingest the data, catalog it, and make it available to consumers with a mapping or

intelligence mission. When ingesting the imagery data, the library reads the imagery metadata and makes that available in the catalog. Imagery metadata is a set of required elements that identify the dataset, tell the user about the image, and tell the user how to get it. The metadata contains information such as the image id, the geographic coordinates of the area covered, the date the image was taken, the security classification, and characteristics and direction of the satellite or airborne platform at the time the image was acquired. When a search is performed by NGDS using a bounding box, a sensor id, image id, or any other method, NGDS scans the metadata in the catalog for matching results. It then returns those results to the user. Using NGDS, Source analysts searched the NCL for all imagery that intersected a 100 meter radius of 41.05644 by -073.52864 that had a data observation date between 01DEC2012 and 31 Mar2014.

8. In response to a request from the NGA Office of General Counsel, NGA Source Throughput analysts searched NGA libraries for any images that were produced by National Technical Means (NTM) or Commercial systems at or near the vicinity of 39 Glenbrook Road, Stamford, Connecticut between the period December 2012 and March 2014. The libraries searched were those which Source Throughput analysts determined were likely to contain the records requested in this FOIA request, if such records existed. No images were found by virtue of searching the NGA libraries for images produced by NTM.

9. In addition to imagery collected on national platforms, NGA maintains licenses with commercial imagery providers. NGA does not own this imagery. NGA is allowed to use the imagery under the terms of the License Agreements. NGA is prohibited from releasing it to anyone outside of the United States Government unless the release would support a U.S. Government purpose, with a direct benefit to the U.S. Government.

10. The search of commercial platforms revealed eight publicly available commercial imagery records that contain the derived coordinates for 39 Glenbrook Road, Stamford Connecticut. The eight commercial images were requested by the US Coast Guard to support East Coast Disaster Baseline, and NY Petroleum Oil Cable Leak under Proper Use Memorandum (PUM) PUM-USCG-13-001. Even though NGA had the ability and the permission to access this imagery under the terms of the License Agreement, these are not our records; nor, to the best of my knowledge, did NGA access these records. Under the terms of the License Agreement, NGA cannot provide the images to a third party in response to a FOIA request.

## *Conclusion*.

11. Based upon Source's research of NGA imagery libraries, I have determined there are no images collected on government platforms. Eight commercial images that include 39 Glenbrook Road, Stamford, Connecticut were discovered but not releasable by NGA under our licensing agreement with the commercial providers.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of July 2016.

JUSTIN C. POOLE
Director, Source Operations & Management Directorate
National Geospatial-Intelligence Agency